IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SWILL BEVERAGES, LLC, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DISTILLED PRODS. CO., | : | No. 15-5181 |
| | : | |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 17th day of December, 2015, upon consideration of Defendant's Motion to Transfer (Docket No. 7) and Plaintiff's Opposition thereto (Docket Nos. 16-17), and following oral argument on December 9, 2015, it is hereby **ORDERED** that Defendant's Motion (Docket No. 7) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge