UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SWILL BEVERAGES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DISTILLED PRODUCTS COMPANY <br><br> Defendants. | CIVIL ACTION NO. 15-CV-5181 (GEKP) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the terms of an executed Tolling Agreement and by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Swill Beverages, LLC and Defendant United States Distilled Products Co. hereby agree and stipulate that the above-captioned may be dismissed without prejudice and without the award of costs or fees to any party.

Dated: June 20, 2016

Respectfully submitted,

WIGGIN AND DANA LLP

By: s/ Richard D. Gallucci, Jr.
Richard D. Gallucci, Jr.
WIGGIN AND DANA LLP
50 South 16th Street
Two Liberty Place, Suite 2925
Philadelphia, PA 19102
Telephone: 215-988-8317
rgallucci@wiggin.com

*Attorney for Plaintiff Swill Beverages, LLC*

COZEN O'CONNOR

By: s/Thomas G. Wallrich
Thomas G. Wallrich, *pro hac vice*
Heather L. Marx, *pro hac vice*
COZEN O'CONNOR
33 South Sixth Street, Suite 4640
Minneapolis, MN 55402
Telephone: 612-260-9000
twallrich@cozen.com
hmarx@cozen.com

Lezlie Madden (Attorney ID No. 310285)
Leigh Ann Benson (Attorney ID No. 319406)
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: 215-665-2000
lbenson@cozen.com
lmadden@cozen.com

*Attorneys for Defendant United States Distilled Products Co.*

So ORDERED this 20th day of June, 2016

_____
Honorable Gene E.K. Pratter
United States District Court Judge

7